TO: **Pete V. Domenici UNITED STATES COURTHOUSE, FEDERAL COURT**
333 Lomas Blvd NW,
Albuquerque, New Mexico 87102                                           CV 25- 89 LF
Attn: <u>FEDERAL COURT CLERK</u>, <u>W. DANIEL SCHNEIDER</u>, <u>M. CHRISTINA ARMIJO</u>,
<u>CHAMBERS-KAREN B. MOLSEN</u>, <u>LAURA FASHING</u>, <u>LE ROY C. HANSEN</u>, [is <u>DREAM</u>
<u>EXPEDITION TRAVEL</u> a part of the Federal Court?]  *ATTN: JUDGES*

FROM:
**Unified United States Common Law Grand Jury**
PO Box 64
Valhalla, New York 10595-9998

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 8 2025

**Regarding**: Unified United States Common Law Grand Jury (UUSCLGJ)
**EXTRAORDINARY INDICTMENT**
**A TRUE BILL AGAINST THE FEDERAL JUDICIARY**

**MITCHELL R. ELFERS
CLERK**

with OTHER ISSUES, gross miscarriages of justice, & Constitutional / Common Law VIOLATIONS, etc., in
regards to Incident / (SRPD) Police Report #'s: <u>21-000542</u> reported on October 31, 2021, <u>22-000177</u> reported on
April 25, 2022 & **another report with additional information** on August 17, 2024 – which SRPD failed to
make a report on, <u>24-000281</u> reported on August 5, 2024, Case **No.M-21-VF-2024-00004** [sic] on September
13, 2024 & Case No. <u>M-21-CV-2025-00001</u> on January 13, 2025.

**See Attached**: EXTRAORDINARY INDICTMENT A TRUE BILL AGAINST THE FEDERAL
JUDICIARY [et al] – January 15, 2025

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on ___January 25, 2025___ to:

**Pete V. Domenici UNITED STATES COURTHOUSE, FEDERAL COURT**
333 Lomas Blvd NW,
Albuquerque, New Mexico 87102
Attn: <u>FEDERAL COURT CLERK</u>, <u>W. DANIEL SCHNEIDER</u>, <u>M. CHRISTINA ARMIJO</u>, <u>CHAMBERS-KAREN B.</u>
<u>MOLSEN</u>, <u>LAURA FASHING</u>, <u>LE ROY C. HANSEN</u>
    cc'd to:
**COUNTY ATTORNEY / GUADALUPE COUNTY ATTORNEY**
**GUADALUPE COUNTY DISTRICT COURTHOUSE IN SANTA ROSA**
**[FOURTH JUDICIAL DISTRICT COURT]**
1448 HISTORIC ROUTE 66, SUITE 5
[SANTA ROSA, NEW MEXICO 88435]
<u>ATTENTION</u>: COUNTY ATTORNEY, BRENDA CAMPOS, CLERK
<u>COUNTY TREASURER, SUSAN BAILEY, JULIE DELGADO</u> & <u>DIANA URBAN, COUNTY MANAGER</u>
    &
**STATE OF NEW MEXICO**
**GUADALUPE COUNTY MAGISTRATE COURT IN SANTA ROSA**
**[GUADALUPE COUNTY MAGISTRATE COURT]**
1633 HISTORIC ROUTE 66 **Attention:** <u>CHRISTOPHER ANTHONY BACA, JUDGE</u>,
<u>C. MUNIZ, CLERK</u>, & <u>ESTHER GARDUNO MONTOYA, PROSECUTOR</u>

Service by hand of  *Annette-Rose:.Church*
                Annette-Rose:.Church.
        Texian American National / American State National,
              National of the Republic of Texas
              & one of the "Sureties of Peace"
*NLA COS Leader, [Guadalupe County, New Mexico]*

# 𝕌𝕟𝕚𝕗𝕚𝕖𝕕 𝕌𝕟𝕚𝕥𝕖𝕕 𝕊𝕥𝕒𝕥𝕖𝕤 ℂ𝕠𝕞𝕞𝕠𝕟 𝕃𝕒𝕨 𝔾𝕣𝕒𝕟𝕕 𝕁𝕦𝕣𝕪

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

PO Box 64, Valhalla, New York 10595-9998

JURISDICTION, COURT OF RECORD

*"A Court of Record is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial."*[1]

# EXTRAORDINARY INDICTMENT
# A TRUE BILL AGAINST THE FEDERAL JUDICIARY

COMES NOW, the Constituted[2] Unified[3] United States Common Law[4] Grand Jury,[5] (UUSCLGJ) hereinafter "We the People" for an "Unprecedented Indictment" against the Federal Judiciary. We the People are Sovereign and do not seek the permission of servants; Therefore, we the "Sureties of Peace" find it necessary to execute this Extraordinary Indictment upon and for the removal of, all federal judges and magistrates in all Ninety-Four Federal districts, under our own authority that we codified via the Declaration of Independence. We do not take this Action lightly, we do so because our courts have become a "Den of Thieves," corrupt to the core and far removed from the People.

---

[1] Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689. ....7 Cal Jur 571 California Jurisprudence, Bancroft Whitney (1922), Page 580-581 Courts of Record.

[2] CONSTITUTED – The People of each county have come together to agreed and declared a return to Common Law Juries.

[3] UNIFIED - Every county in all fifty states have constituted the Common Law Juries.

[4] COMMON LAW – Article VI – This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

[5] COMMON LAW GRAND JURY – Amendment V No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury...; The Court of Appeals' rule would neither preserve nor enhance the traditional functioning of the grand jury that the "common law" of the Fifth Amendment demands. UNITED STATES v. WILLIAMS, Jr.112 S.Ct. 1735; 504 U.S. 36; 118 L.Ed.2d 352.

𝔚ᴇ ᴛʜᴇ 𝔓ᴇᴏᴘʟᴇ via the UUSCLGJ, have been Providentially Entrusted via Natural Law to dispense justice and were provided legal recourse to address the criminal conduct of the Judiciary and our Representatives; We the People have the "*unbridled right*" by Law and in Law to empanel our own grand juries and present True Bills of Information, Indictments, and Presentments to a Court of Justice.[6] It is We the Jury's duty that;

> "*If anyone has been dispossessed without the legal judgment of his peers, from his lands, homes, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then it will be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein.*" – Magna Carta Paragraph 52.

𝔚ᴇ ᴛʜᴇ 𝔓ᴇᴏᴘʟᴇ have the unbridled right to empanel and preside over our own Court Proceedings, unfettered by legislation and technical rules. Whereas, We the People proceeded under Natural Law and the Rules of Natural Law as Grand and Petit Jurist. Natural Law demands that only the People via "*free and independent Grand Juries and Petit Juries*" have the supreme judicial authority to assemble, to indict or not, to decide the law, to sit as the tribunal in all criminal cases unfettered from judges and in all cases, to nullify any statute, to deny any rules, to judge guilt or innocence, and to pronounce the remedy or punishment. All free from judiciary interference and whose decisions are final and cannot be overturned.

By the Foundation of American Law, aka The Declaration of Independence, We the People ordained, established, and declared that, "*Whenever government becomes destructive to these ends it is our Right to alter it, and to institute new servants;*" therein is the purpose of this True Bill!

We the People have suffered a long train of abuses and usurpations by the Federal Judiciary. It is therefore our right and our duty to indict and remove such tyrants. These tyrants have infiltrated our courts from the very inception of our Nation and have labored continually deteriorating our "Courts of Justice," creating "chancery courts," that is contrary to the "Law of The Land" They have enslaved us in our own courts! To prove this, let Facts be submitted to these united-States; We the People charge all federal judges and magistrates in all Ninety-Four Federal districts for Conspiracy and Subversion as follows;

- For abrogating the Law of the Land via civil law;
- For abrogating the rules of Common Law;
- For stacking grand juries via intrusive questioners;

---

[6] US v Williams 1992, 112 S.Ct. 1735, 504 U.S. 36, 118 L.Ed.2d 352.

- For stacking petit juries via intrusive questioners;
- For wrongful prosecution, abuse of powers and subversion;
- For adding to grand jury indictments without our permission;
- For intimidating people to take a plea;
- For conspiracy against rights, in violation of 18 USC §241;
- For deprivation of rights under color of law, in violation of 18 USC §242;
- For knowingly and willfully falsifying and concealing material facts, in violation of 18 USC §1001;
- For deprivation of rights, in violation of 42 USC 1983;
- For neglect to prevent, in violation of 42 USC §1986;
- For denying the defendant's right of Habeas Corpus;
- For ignoring and refusing to answer Writ Quo Warranto;
- For refusing to honor their oath;
- For refusing to provide their oaths;
- For refusing to provide their bonds;
- For manipulating the juries to achieve a guilty plea;
- For obstructing the administration of justice;
- For refusing to acquiesce to the Law of the Land;
- For prosecuting people for pretended offences;
- For creating rules that claim to abrogated the Laws of nature's God;
- For trodden upon the rights of the People;
- For given themselves special status from national customary law derived by judicial comity;
- For legislating from the bench;
- For making it impossible for victims of government wrongdoing to hold the government accountable;
- For fashioning sweeping doctrines of immunity that insulate themselves and other federal and state officials from being held accountable;
- For transforming judges into chancellors, dependent upon the will of the BAR, resolute on destroying Common Law, the foundation of America and who we are as a People;
- For closing the doors of Justice;
- For protecting foreign bankers and subjecting the People to jurisdictions unknown;
- For providing for tax courts that enforce direct taxes;
- For providing for debtor's prisons;
- For demanding fees to access our courts;
- For demanding fees to move our court;
- For collecting fines in opposed to restoring the injured party;
- For denying people due process via rule;

- For replacing Common Law Courts with chancery courts;
- For depriving the People fully informed Grand Juries;
- For depriving the People fully informed Petit Juries;
- For arrogantly disregarding our Bill of Rights
- For abolishing our most valuable laws, altering fundamentally the Peoples' form of government, without their consent;
- For holding mock trials in courts not of record and thereby unlawfully incarcerating and financially fleecing the people;
- For seizing Peoples property via probate courts;
- For empaneling bogus puppet grand and petit juries in order to perform BAR will and profiteering;
- For assisting bankers in seizing property in rem;
- For incarcerating People in debtors' prison under USC 26 which is no law at all;
- For transforming unalienable rights into crimes;
- For denying the right of the people to petition the government for a redress of grievances;
- For denying the right of the people in criminal cases "Assistance of Counsel" by forcing People to be represented by BAR counsel, judged by BAR judges, and prosecuted by BAR prosecutors.
- For imposing excessive bails and fines;
- For closing the doors of justice
- For refusing to restore the People's Courts of Justice;
- For waring against the Constitution
- For waring against We the People
- For constantly and consistently denying due process
- For denying a Republican form of government protected under Article IV §4.
- For denying the People's unalienable right to practice Law;
- For fabricating law by its own decisions to maintain the status quo and pollute our courts of justice;
- For denying the People's free access into our courts;

We the Grand Jury and the people have brought many thousands of cases and various documents before the federal judiciary and in every case were thrown out of our courts.

AT EVERY STAGE OF THESE OPPRESSIONS, we have Petitioned for Redress in the humblest terms: We have warned the courts from time to time of attempts to extend unwarrantable jurisdiction over us. We have appealed to their native justice and magnanimity. But they have turned a deaf ear to the voice of justice and to the voice of the People. Our repeated Petitions have been answered only by repeated injury. Servants whose character is thus marked by every act which may define as tyrants are unfit to be servants of a free people.

Whereas ALL federal judges continue in harmony in ALL ninety-four federal districts closing the doors of Justice thereby denying We the People due process as they subvert the Law of the Land, which proves conspiracy!

We the People codified our unalienable right of sovereignty in the Declaration of Independence when we said, "*We are endowed by our Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed. ... But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce us under absolute Despotism, it is our right, it is our duty, to throw off such government, and to provide new Guards for our future security.*" This Indictment is a right of We the People to throw off said judicial Despots.

We the Sureties of Peace, the representatives of the People appealing to the Supreme Judge of the world, a just God whose justice will not sleep forever, for the rectitude of our intentions, do, in the Name, and by Authority of the good People of these "Free and Independent United States" solemnly publish and declare, that we are, and of Right ought to have "Natural Law Courts" Free from foreign influence, Free from civil law, Free from the British crown, Free from esquires, free from British chancellors, in short Free from tyrants! Traitorous BAR judges and esquires have refused to liberate our courts therefore we demand their removal immediately.

## EVIDENCE

Whereas, We the Jury, having found and filed in these federal courts at the district level a myriad of evidence. And we having a duty to restore what cannot be abrogated, that being the Natural Law in our Courts and the Natural Law Constitution for the United States of America. Having filed on 5-15-15, a Writ Quo Warranto against the Federal Judiciary, being our first paper, fell upon deaf ears and therefore warrants the surrendering of their office. Said filing was followed with numerous documents filed in the United States District Court for the Northern District of New York, case # 1:16-CV-1490 and can also be found at https://www.nationallibertyalliance.org/action-against-judiciary. A partial list of our filings are as follows, supported by twenty-three (23) Memorandums of Law and hundreds of documented evidences. The following does not include thousands of cases filed by thousands of people.

Tʜᴇ ꜰᴏʟʟᴏᴡɪɴɢ ᴘʀᴏᴠᴇꜱ ᴀ Cᴏɴꜱᴘɪʀᴀᴄʏ ɪɴ Fᴀᴄᴛ ʙʏ ᴛʜᴇ ᴄᴏᴏʀᴅɪɴᴀᴛᴇᴅ ᴘʀᴇ-ᴍᴇᴅɪᴛᴀᴛᴇᴅ ᴀᴄᴛꜱ ʙʏ Fᴇᴅᴇʀᴀʟ Jᴜᴅɢᴇꜱ ᴀᴄʀᴏꜱꜱ Aᴍᴇʀɪᴄᴀ ᴡʜᴏ ᴀʀᴇ DETERMINED ᴛᴏ ᴇɴᴅ Oᴜʀ Rᴇᴘᴜʙʟɪᴄ!

- Writ Mandamus to Clerks – <u>Acknowledged & obeyed the Law by filing</u>.
- Filed 8-17-19 – Decision & Order & Declaration to Restore the Law – <u>IGNORED</u>!
- Filed 9-3-19 – Decision & Order Concerning Merging Equity & Law – <u>IGNORED</u>!
- Filed 9-9-19 – Judge Kahn 2nd Indictment – <u>IGNORED</u>!
- Filed 9-16-19 – Fake law and fake courts – <u>IGNORED</u>!
- Filed 9-25-19 – Writ Mandamus Federal Rule – <u>IGNORED</u>!
- Filed 9-30-19 – Writ Mandamus Info Republic – <u>IGNORED</u>!
- Filed 10-7-19 – Writ Mandamus – <u>IGNORED</u>!
- Filed 11- 16-19 – Amendment II Moved for Cause – <u>IGNORED</u>!
- Filed 12-17-19 – Act of Treason Federal Rule 2 – <u>IGNORED</u>!
- Filed 2-19-20 – Writ Quo Warranto 2nd Amendment – <u>IGNORED</u>!
- Filed 4-6-20 – Review the Record – <u>IGNORED</u>!
- Filed 4-6-20 – IRS Writ Quo Warranto – <u>IGNORED</u>!
- Filed 8-31-20 – Writ Mandamus to SCOTUS – <u>IGNORED</u>!
- Filed 1-1-21 – Final Order to US Supreme Court – <u>IGNORED</u>!

Hᴀʙᴇᴀꜱ Cᴏʀᴘᴜꜱᴇꜱ Fɪʟᴇᴅ ᴀɴᴅ <u>Iɢɴᴏʀᴇᴅ</u>,

- Aaron Rabold, • Arianna Meyers, • Brian Jopson, • Brian Jopson (2), • Christina C. Jiron, • Curtis Kimbrough, • David Lee, • David Mongielo, • Erica Carey, • Griffin, • James Vernon, • Jan Pachnik, • Janie Sanders, • Justin Borseth, • Karla Johnson, • Kathryn Stuart, • Lily Helen Ko, • Louis Daniel Smith, • Mable Marson, • Maud Pollock, • Newton Cantrell, • Rolando Ramirez, • Ronald Poulson, • Sheri Grizzell, • Shirearl Taylor, • Timothy Berry. • Andramedia Cheryl Robinson-Washington

Nᴏɴ-Jᴜᴅɪᴄɪᴀʟ Fᴏʀᴇᴄʟᴏꜱᴜʀᴇꜱ Cʜᴀʟʟᴇɴɢᴇᴅ ᴀɴᴅ <u>Iɢɴᴏʀᴇᴅ</u>,

- Ann Galloway, • Asulu Williams, • Awilda Lora, • Byron Gashler, • Byron L. Gashler, • Christie Reed, • Crystal Mack (2), • Deborah Foster, • Deborah Foster (2), • D'Annie Isra El, • Elliot Rodriguez, • Elliott Rodriguez, • Fareed Sepehry-Fard, • Felicia Collins, • Frederick J. Nuzzo, • Harley William Blake III, • Heather Dalton, • Heriot Boyles, • Hiltrud Steimel, • Janice Jackson, • Jane & Rudolph Colahar, • Jeffrey Bryant, • Jeffrey Smiles, • John Sprouse, • John Sprouse (2), • Joseph Eskel, • Kenta Morris, • Leokadia Miglietta, • Louise Gardner, • M Johnson, • Mable Marson, • Mark Kleeman, • Maud Pollock, • Michael Hammer, • Nahimana Bey, • Paul Gonzales, • Randall Grondwold, • Randy Paul, • Randy Paul (2), • Randy Paul (3), • Robert Hornbarger, • Robert Overheul, • Robert Rubio, • Ronald Poulson, • Ronald Van Dyke, • Sergio Paul, • Seth Rabold, • Shirearl Taylor, • Stephen Gregerson, • Stephen Gregerson (2), • Theron Marrs, • Thomas Anderson, • Thomas Williams, • Valtair Souza. • Andramedia Cheryl Robinson-Washington

"Oᴛʜᴇʀ Cᴀꜱᴇꜱ" Cʜᴀʟʟᴇɴɢᴇᴅ ᴀɴᴅ <u>Iɢɴᴏʀᴇᴅ</u>,

- Aaron Rabold • Abdur Rahim Abdullah • Andrew P Connelly • Ann M Retzlaff • Anthony S. Szach • Anthony Szach • Anwar Congress • Asulu Williams • Audrey Mack-Holley • Barbara Pielack • Basil Emil Haamid • Benjamin Brooks • Benjamin Knight • Beryl Wright • Bey Detrick Murray • Blakeslee-Homik Gretta • Bouyea Amen-El •Brian Abendroth • Brian Jopson • Bruce Gurley • Byron Gashler • Candace

Gundersen ● Carey Anne Hall ● Charles Breitweiser ● Charlie Rice, Jr ● Christian Crannell ● Christopher B Granger ● Christopher Granger ● Collins Felicia ●Cory Townsen ● Crystal Mack ● Curtis Kimbrough ● Cynthia Taylor ● D'Annie Isra El ● Dale Heineman ● D'anne Is'rael ● Danny Gregg ● David D Ollis ● David Lee ● David Mongielo ● David Ollis ● Debra Baker ● Debra Berry ●Debra Foster ● Debra Gregerson ● Donald Stanley La Vigne ● Doug Hawk ● Dr. Jan'e Colehar ● Duane E Kirkland ●Duane E Kirkland ● Duane Steckler ● Dwayne Lewis ● Dwight & Steven Hammond ● Elena Strujan ● Elliot R Rodriguez ● Felicia Collins ● Frederick J. Nuzzo ● Gabrielle McAfee ● Gale Wilson ● Gavin Mehl ● Greg A King ●Heather Dalton ● Heatherlee Yorty ● Heroit Boyles ● James Birsen ● James Vernon ● Jan Pachnik ● Jan'e Colehar ● Janice Jackson ● Janie Sanders ● Jason Gilley ● Jeffrey Smiles ● Jesse Lugaro ● Joel Nadler ● John M Sara ● John Sara ● John Sprouse ● John W Sprouse ● John Pamela Stanford ● John Vidurek ● Kimberly Vidurek ● James Vidurek ● Joseph Eskel ● Joseph Newman ● Joy A Ouma ● Kathryn Stuart ● Kelli Roberts ● Larry Lytle ● Laura Thweatt ● Leland Cramer ● Lily Ko ● Louis Daniel Smith ● M Thweatt L Gramegna ● Marian Olson ● Marla Zahn ●Matthew Hale ● Matthew Hobby ● Messiah Johnson ● Michael Charter ● Michael Darla Goulla ● Michael Delesandro ● Michael Gramegna ● Michael Kowal ● Miriam Trevino ● Mozart Victor/Haktufu K. ● Newton J. Cantrell Sr. ● Oksana Koulinich ● Oleg Kapustin ● Olivia Garcia ● Patricia McQuarry ● Paul Bamm ● Ralph C Jarpa ●Randy Lee Paul ● Randy Paul ● Rebecca Christy ● Richard Farina ● Robert Campbell ● Robert Eskel ● Robert Overheul ● Rolando Ramirez ● Rolando Ramirez ● Ronald Hatton ● Ronda Maine ● Rose Johnson ● Roxanne Jenkins ● Roxanne Marlin Jenkins ● Russell Mercer ● Ryan Kovacich ● Ryan Regec ● Samuel Girod ● Sean Zarinegar ● Sergio Rodriguez ● Sharon Conroy ● Shawn Cubitt ● Sheri Grizzell ● Sherry Fanelli ● Shirearl Taylor ● Sidney W Garcia ● Solange Martinez ● Staci Laird ● Stephen Gregerson ● Steven Dean ● Sydna Spancake ● Tammy Snyder ●Theresa ● Theresa Anderson ● Theron J Marrs ● Theron Jay Marrs ● Thom Anderson ● Thomas Bailey ● Thomas G Williams ● Timothy Berry ● Timothy Heinz ● Travis Paul ● Venus Marut-Barton ● Victoria Mathews ● Wanda Johannes ● William Hempstead ● Jr Homa & Kambiz Moradi ● Tania McCash ● Shaylor Wells ● Ed Rudorf ● Minnie Price ● Fred Kendricks ● Brittany Kieffer ● Troy Sampson ● Annette Rodrigue ● Daniel-M: Furesz ● Tony Futia ● Tabitha Day ● Robert Davis ● Lynda Galligan ● Bradley Bohland ● John Steven Johnson ● Calvin & Beverly Gilchrist. ● Leonaed Lynn Washington Jr. ● Corey Taylor ● Shawna Matthew ● Patricia Maranowski

INDICTMENTS FOR DENIAL OF HABEAS CORPUS & FELONY RESCUE

- Chief Judge Robert J. Jonke, US District Court for the Middle District of PA – <u>INDICTMENT IGNORED</u>
- Chief Judge Joy Flowers Conti, US District Court for the Western District of PA – <u>INDICTMENT IGNORED</u>
- Chief Judge Joseph Normand Laplante, US District Court for the District of NH – <u>INDICTMENT IGNORED</u>
- Chief Judge George H. King, US District Court for the Central District of CA – <u>INDICTMENT IGNORED</u>
- Chief Judge Ann L. Aiken, US District Court for the District of OR – <u>INDICTMENT IGNORED</u>
- Chief Judge Marsha J. Pechman, US District Court for the Western District of WA – <u>INDICTMENT IGNORED</u>
- Chief Judge Dana L. Christensen, US District Court for the District of MT – <u>INDICTMENT IGNORED</u>
- Chief Judge Jerome B. Simandle, US District Court for the District of NJ – <u>INDICTMENT IGNORED</u>
- Hon Mark A. Montour, US District Court for the Eastern District of MI – <u>INDICTMENT IGNORED</u>
- Chief Judge David Gregory Kays, US District Court for the Western District of MO – <u>INDICTMENT IGNORED</u>
- Chief Judge Linda R. Reid, US District Court for the Northern District of IA – <u>INDICTMENT IGNORED</u>
- Chief Judge Joseph Normand Laplante, US District Court for the District of NH – <u>INDICTMENT IGNORED</u>

- Chief Judge Phyllis Jean Hamilton, US District Court for the Northern District of CA – <u>INDICTMENT IGNORED</u>
- Chief District Judge Marsha J Pechman, US District Court for the Western Dist of WA – <u>INDICTMENT IGNORED</u>
- Chief Judge Janet C. Hall, US District Court for the District of CT – <u>INDICTMENT IGNORED</u>
- Sam E Haddon, US District Court for the District of MT – <u>INDICTMENT IGNORED</u>
- Chief Judge Carol Bagley Amon, US District of NY – <u>INDICTMENT IGNORED</u>
- Chief Judge Ann Aiken, US District Court for the District of OR – <u>INDICTMENT IGNORED</u>
- Chief Judge J. Daniel Breen, US District Court for the Western district of TN – <u>INDICTMENT IGNORED</u>
- Chief Judge Robert J. Jonker, US District Court for the Western District of MI – <u>INDICTMENT IGNORED</u>

INDICTMENTS FILED FOR DENIAL OF DUE PROCESS & FELONY RESCUE

- Judge Lawrence E. Kahn US District Court for the Northern District of NY – <u>INDICTMENT IGNORED</u>!
- Chief Judge Carin Schienberg – <u>INDICTMENT IGNORED</u>!
- Chief Judge Carin Schienberg – <u>INDICTMENT IGNORED</u>!
- Chief Judge David Nuffer – <u>INDICTMENT IGNORED</u>!
- Chief Judge Frederick J. Lauten – <u>INDICTMENT IGNORED</u>!
- Chief Judge Kathleen Brickley – <u>INDICTMENT IGNORED</u>!
- Chief Judge Scott Needham – <u>INDICTMENT IGNORED</u>!
- Chief Justice Lenore Gelfman – <u>INDICTMENT IGNORED</u>!
- Chief Justice Paula Carey – <u>INDICTMENT IGNORED</u>!
- Judge A C McKay Chauvin – <u>INDICTMENT IGNORED</u>!
- Judge Alfred J. Jennings, Jr. – <u>INDICTMENT IGNORED</u>!
- Judge Cortland Corsones – <u>INDICTMENT IGNORED</u>!
- Judge D. Hinrichs – <u>INDICTMENT IGNORED</u>!
- Judge Daniel A. Ottolia – <u>INDICTMENT IGNORED</u>!
- Judge David J. King – <u>INDICTMENT IGNORED</u>!
- Judge Eddie Rodriquez – <u>INDICTMENT IGNORED</u>!
- Judge Francis Mathew – <u>INDICTMENT IGNORED</u>!
- Judge George B. Turner – <u>INDICTMENT IGNORED</u>!
- Judge James Wilson Abrams – <u>INDICTMENT IGNORED</u>!
- Judge John Braxton – <u>INDICTMENT IGNORED</u>!
- Judge John J. DiMotto – <u>INDICTMENT IGNORED</u>!
- Judge Jon Theison – <u>INDICTMENT IGNORED</u>!
- Judge Joseph Farneti – <u>INDICTMENT IGNORED</u>!
- Judge Juan B. Colas – <u>INDICTMENT IGNORED</u>!
- Judge Kenneth J. Grispin – <u>INDICTMENT IGNORED</u>!
- Judge Lisa Porter – <u>INDICTMENT IGNORED</u>!
- Judge Lonnie Thompson – <u>INDICTMENT IGNORED</u>!
- Judge Mary Ann Sumi – <u>INDICTMENT IGNORED</u>!
- Judge Michael P. Burns – <u>INDICTMENT IGNORED</u>!
- Judge Nathaniel J Poovey – <u>INDICTMENT IGNORED</u>!
- Judge Patricia M. Lucas – <u>INDICTMENT IGNORED</u>!

- Judge Paul M Yatron – <u>INDICTMENT IGNORED</u>!
- Judge Roger N. Nanovic – <u>INDICTMENT IGNORED</u>!
- Judge Sandra Champ – <u>INDICTMENT IGNORED</u>!
- Judge Sharon Devreis – <u>INDICTMENT IGNORED</u>!
- Judge Terence – <u>INDICTMENT IGNORED</u>!
- Judge Thomas Michael Deister – <u>INDICTMENT IGNORED</u>!
- Judge Timothy M Wright – <u>INDICTMENT IGNORED</u>!
- Judge Toni E Clarke – <u>INDICTMENT IGNORED</u>!
- Judge Virginia A. Phillips – <u>INDICTMENT IGNORED</u>!
- Judge Wallace A Lee – <u>INDICTMENT IGNORED</u>!
- Magistrate Judge Keith Rosa – <u>INDICTMENT IGNORED</u>!
- Master in Equity Marvin H. Dukes, III – <u>INDICTMENT IGNORED</u>!

WE THE SURETIES OF PEACE, BY THE AUTHORITY OF WE THE PEOPLE THEMSELVES HEREIN DEMAND AND ORDER THE RESTRUCTURING OF OUR COURTS OF LAW AS FOLLOWS:

We understand that lawyers trained in equity and Law are necessary. But the Treasonous Barristers, aka "Esquires," are trained in Babylonian law which has been poisoning our Courts of Law since Colonial days dating back to 1750. They have been working covertly destroying our judicial process, equity, and Law and thereby the understanding of our court's *Common Law Spring of Justice.*" All BAR lawyers that survive the wrath of justice that is about to or already is sweeping through the United States MUST resign their BAR membership to practice law in our courts and learn with an open mind the Common Law and it's Common Law Rules, being the remedy necessary to counter the venom they have been subjected to. A proper education can be found at www.nationallibertyalliance.org/court-access-common-law-course

The United States Supreme Court is to acknowledge that it is primarily an equity court and its only authority in Courts of Law is to protect the People against violations arising under the Constitution. Whereas, We the People vested the Supreme Court in all cases in equity, arising under the Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority, to all cases affecting ambassadors, other public ministers and consuls, to all cases of admiralty and maritime jurisdiction, to controversies to which the United States shall be a party, to controversies between two or more states under Article III Section 2. The U. S. Supreme Court is not to trespass upon the <u>King's</u> Court, that being Jesus Christ,[7] by ruling on Common Law Issues such as abortion, religious practices, etc...

---

[7] I Samuel 12:19-22 And all the people said unto Samuel, pray for thy servants unto the LORD thy God, that we die not: for we have added unto all our sins this evil, to ask us a king. And Samuel said unto the people, Fear not: ye have done all this wickedness: yet turn not aside from following the LORD, but serve the LORD with all your heart; And turn ye not aside: for then should ye go after vain things, which cannot profit nor deliver; for they are vain. For the LORD will not forsake his people for his great name's sake: because it hath pleased the LORD to make you, his people.

We the People here-in demand that, the concealed Original 13th Amendment that prevents barristers, titled "Esquire" from holding an Office of Trust and thereby unable to practice their abominable civil law in our courts of Law to be acknowledged in our courts.

We the People here-in demand that, all judges and lawyers must be severed from the BAR to practice Law in the People's courts.

We the People here-in demand that, only Common Law, aka the Law of the Land to be practiced in all our courts. And offer a clarification between Law & Equity whereas equity courts are for fictions such as gov agencies/agents and commercial activities. And Common Law is for the People, by the People.

We the People here-in demand that, only the rules Common Law as it was before 1938 are to govern both equity and Law courts.

We the People here-in demand that, the People have the Right of Free Access to courts of Law; Court fees are for fictions.

We the People here-in demand that, only fully informed Common Law Grand Juries are lawful and the Common Law Grand Jury Handbook is to be distributed to Jurists. Found at, https://www.nationallibertyalliance.org/books-john-darash

We the People here-in demand that, only fully informed Common Law Petit Juries are lawful and the Common Law Grand Jury Handbook is to be distributed to Jurists. Found at, https://www.nationallibertyalliance.org/books-john-darash

We the People here-in demand that, the Orientation of the Jury must be by the People via "Jury Administrators"[8] and not barrister lawyers![9]

We the People here-in demand that, the practice of Law is an unalienable right and that "Indeed, no more than affidavits are necessary to make a prima facie case."[10]

We the People here-in demand that, only the Sheriff & Coroner have the authority to call for and bring a case before the Grand Jury. Whereas prosecutors can bring their cases to the Sheriff whose decision it is to bring a case before the Grand Jury or not.

---

[8] Jury Administrators are responsible for the orientation of the jury and to make sure that they are a fully informed Grand or Petit Jurists and to make sure that every jurist receives a *"Jurist Handbook."* These Administrative positions are required to take the Jury Administrators Accredited Course at www.NationalLibertyAlliance.org and receive a certificate of certification of the same and an Administrators Procedural Handbook. Each county will have five Administrators one of which will be a paralegal trained in both court procedure and the Common Law. Highly populated counties will have as many more administrators as is necessary.

[9] BARRISTER – In English law, a counsellor learned in the CIVIL LAW which is not the Law of the Land.

[10] United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982

We the People here-in nullify, the 16th Amendment because it is prohibited by Article, I Section 9, Clause 4, and it defrauds and enslaves the People.

We the People here-in nullify, the 17th Amendment because it is prohibited by Article V, destroys the balance of power, and deprives States equal suffrage!

We the People here-in nullify, the Organic act of 1871 because it created the United States Inc that subverted the United States of America thereby being an act of Treason by the 42nd Congress and the traitorous American Bar Association.

We the People here-in nullify, the Rules Enabling Act of 1934 and its 1938 FRCP because it subverts the Common Law and the Rules of Common Law.

We the People here-in nullify, Engel v. Vitale because it violates the 1st Amendment and denies the knowledge of our King (Jesus Christ) of our Common Law courts to our children the future sureties of the peace.

We the People here-in nullify, National Customary Law Derived by Judicial Comity because a thing similar is not necessarily the same thing and trial court decisions are self-serving and has nothing to do with the Law.

We the People here-in nullify, the so-called Article I Courts whereas, Article I Section 8, clause 9 vested congress with the power to Constitute Tribunals inferior to the Supreme Court as defined in Article III, there is no such thing as an Article I court.

As is the process in a court of Law judges have no authority

We the People here-in nullify the Federal Reserve Act, because it is repugnant to the constitution;

We the People here-in nullify the Patriot Act;

A TRUE BILL; SO, ORDERED:

      Seal                New York, Westchester County, January 15, 2025

                                      Jury Foreman

Unified United States Common Law Grand Jury
(UUSCLGJ)
P.O. Box 64
Valhalla, New York [10595-9998]

Attn: Judges, Clerk of Court

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 8 2025

MITCHELL R. ELFERS
CLERK

Clerk of Court
Pete V. Domenici UNITED STATES COURTHOUSE, FEE
333 Lomas Blvd N.W.
Albuquerque, [New Mexico 87102]